In The


 

Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-568 CV


____________________



NURY CHAPA, Appellant



V.



TONY GULLO MOTORS I, L.P. and BRIEN GARCIA, Appellees






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 02-08-05341






MEMORANDUM OPINION (1)


 The appellant, Nury Chapa, and the appellees, Tony Gullo Motors I, L.P. and Brien
Garcia, filed a joint motion to vacate and remand. The parties ask this Court to vacate the
judgment of the trial court and remand the cause to the trial court with instructions to dismiss
the case with prejudice, in accordance with the parties' settlement agreement. The motion
meets the requirements for agreed disposition of civil appeals. See Tex. R. App. P.
42.1(a)(2)(B). We vacate the judgment of the trial court and remand the cause to the trial
court with instructions to dismiss the case with prejudice. Costs shall be assessed against the
incurring party.

 VACATED AND REMANDED.

 ____________________________

 DAVID GAULTNEY

 Justice


Submitted September 20, 2007

Opinion Delivered December 6, 2007

 

Before McKeithen, C.J., Gaultney, and Kreger, JJ.


1. By order of August 30, 2007, we withdrew our opinion of July 26, 2007 and
resubmitted the cause. We now substitute this opinion remanding the cause.